## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------x

In re                                                :
                                                     :
Molycorp, Inc.,                                      :    Chapter 11
a Delaware corporation,                              :
                                                     :    Case No. 15-11357 (____)
          Debtor.                                    :
                                                     :
Employer's Tax Identification No.: 27-2301797        :
                                                     :
                                                     :
---------------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Industrial Minerals, LLC,                            :    Chapter 11
a Delaware limited liability company,                :
                                                     :    Case No. 15- 11358 (____)
          Debtor.                                    :
                                                     :
Employer's Tax Identification No.: N/A               :
                                                     :
                                                     :
---------------------------------------------------------x
                                                     :
In re                                                :
                                                     :
Magnequench, Inc.,                                   :
a Delaware corporation,                              :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 15- 11359 (____)
                                                     :
Employer's Tax Identification No.: 35-2081833        :
                                                     :

-------------------------------------------------------x
                      :
In re                          :
                      :
Magnequench International, Inc.,      :   Chapter 11
a Delaware corporation,           :
                      :   Case No. 15- <u>11360</u>  (_____)
        Debtor.           :
                      :
Employer's Tax Identification No.: 13-3837801  :
                      :
-------------------------------------------------------x
                      :
In re                          :
                      :
Magnequench Limited,           :   Chapter 11
a Barbados company,            :
                      :   Case No. 15- <u>11361</u>  (_____)
        Debtor.           :
                      :
Employer's Tax Identification No.: N/A      :
                      :
                      :
-------------------------------------------------------x
                      :
In re                          :
                      :
Molycorp Advanced Water Technologies, LLC,  :   Chapter 11
a Delaware limited liability company,    :
                      :   Case No. 15- <u>11362</u>  (_____)
        Debtor.           :
                      :
Employer's Tax Identification No.: 46-1571628  :
                      :

```
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Callco ULC,                                 :    Chapter 11
a Canadian unlimited liability company,         :
                                                :    Case No. 15- 11363 (____)
             Debtor.                            :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Canada Holdings ULC,                        :    Chapter 11
a Canadian unlimited liability company,         :
                                                :    Case No. 15- 11364 (____)
             Debtor.                            :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Canada Limited Partnership,                 :    Chapter 11
a Canadian limited liability partnership,       :
                                                :    Case No. 15- 11365 (____)
             Debtor.                            :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Exchangeco Inc.,                            :    Chapter 11
a Canadian corporation,                         :
                                                :    Case No. 15- 11366 (____)
             Debtor.                            :
                                                :
Employer's Tax Identification No.: N/A          :
                                                :
```

```
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Chemicals & Oxides, Inc.,             :    Chapter 11
a Delaware corporation,                        :
                                               :    Case No. 15- 11367 (____)
              Debtor.                          :
                                               :
Employer's Tax Identification No.: 94-3168647  :
                                               :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Luxembourg Holdings S.à r.l.,         :    Chapter 11
a Luxembourg société à responsabilité limitée, :
                                               :    Case No. 15- 11368 (____)
              Debtor.                          :
                                               :
Employer's Tax Identification No.: N/A         :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Metals & Alloys, Inc.,                :    Chapter 11
a Delaware corporation,                        :
                                               :    Case No. 15- 11369 (____)
              Debtor.                          :
                                               :
Employer's Tax Identification No.: 36-4289242  :
                                               :
                                               :
-----------------------------------------------x
                                               :
In re                                          :
                                               :
Molycorp Minerals Canada ULC,                  :    Chapter 11
a Canadian unlimited liability corporation,    :
                                               :    Case No. 15- 11370 (____)
              Debtor.                          :
                                               :
Employer's Tax Identification No.: N/A         :
                                               :
```

01:17302959.1

NAI-1500406981v1                          -4-

```
-----------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Minerals, LLC,                   :    Chapter 11
a Delaware limited liability company,     :
                                          :    Case No. 15- 11371 (____)
          Debtor.                         :
                                          :
Employer's Tax Identification No.: 26-2814170  :
                                          :
-----------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Rare Metals Holdings, Inc.,      :    Chapter 11
a Delaware corporation,                   :
                                          :    Case No. 15- 11372 (____)
          Debtor.                         :
                                          :
Employer's Tax Identification No.: 80-0134615  :
-----------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Rare Metals (Utah), Inc.,        :
a Utah corporation,                       :    Chapter 11
                                          :
          Debtor.                         :    Case No. 15- 11373 (____)
                                          :
Employer's Tax Identification No.: 87-0457445  :
                                          :
                                          :
                                          :
-----------------------------------------------------------x
In re                                     :
                                          :
Neo International Corp.,                  :
a Barbados company,                       :
                                          :    Chapter 11
          Debtor.                         :
                                          :    Case No. 15- 11374 (____)
Employer's Tax Identification No.: N/A    :
                                          :
```

```
-----------------------------------------------------------x
                                            :
In re                                       :
                                            :
PP IV Mountain Pass Inc.,                   :   Chapter 11
a Delaware corporation,                     :
                                            :   Case No. 15- 11375 (____)
            Debtor.                         :
                                            :
Employer's Tax Identification No.: 26-3021205 :
                                            :
-----------------------------------------------------------x
                                            :
In re                                       :
                                            :
PP IV Mountain Pass II, Inc.,               :   Chapter 11
a Delaware corporation,                     :
                                            :   Case No. 15- 11376 (____)
            Debtor.                         :
                                            :
Employer's Tax Identification No.:  27-2275361 :
                                            :
-----------------------------------------------------------x
                                            :
In re                                       :
                                            :
RCF IV Speedwagon Inc.,                     :   Chapter 11
a Delaware corporation,                     :
                                            :   Case No. 15- 11377 (____)
            Debtor.                         :
                                            :
Employer's Tax Identification No.: 26-2810845 :
-----------------------------------------------------------x
```

## MOTION OF THE DEBTORS FOR AN ORDER DIRECTING
## THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

The above-captioned debtors (collectively, the "Debtors") hereby move the Court

for the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")

(i) directing the joint administration of the Debtors' chapter 11 cases and the consolidation

thereof for procedural purposes only and (ii) granting certain related relief.  In support of this

Motion, the Debtors incorporate the statements contained in the Declaration of Michael F.

Doolan in Support of First-Day Pleadings (the "First Day Declaration") filed contemporaneously

herewith and further respectfully state as follows:

### Background

1.      On the date hereof (the "Petition Date"), each of the Debtors commenced a

case under chapter 11 of the Bankruptcy Code.  By a motion filed on the Petition Date, the

Debtors have requested that their chapter 11 cases be consolidated for procedural purposes only

and administered jointly.

2.      The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334, and the Amended Standing Order of Reference dated February 29, 2012, from

the United States District Court for the District of Delaware.  This is a core proceeding pursuant

to 28 U.S.C. § 157(b).  Venue for this matter is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409.

      4.    Molycorp, Inc. is a Delaware corporation and is a direct or indirect parent

of the Debtors and each of the Debtors' nondebtor affiliates (collectively, "Molycorp").

Molycorp is a leading global rare earths and rare metals producer with a workforce of

approximately 2,530 employees at locations on three continents.  Molycorp has in excess of

$1.7 billion in outstanding secured and unsecured debt obligations.  Molycorp operates a

vertically integrated, global supply chain that combines a world-class rare earths resource with

manufacturing facilities that can produce a wide variety of custom engineered, advanced rare

earth materials.  The products produced by Molycorp are critical inputs in many existing and

emerging applications, including hybrid and electric vehicles, wind power turbines, mobile

devices, fiber optics, lasers, hard disk drives, guidance and control systems, global positioning

systems and advanced water treatment technology.

      5.    Molycorp's Mountain Pass Rare Earth Facility ("Mountain Pass") in San

Bernardino County, California is the foundation of Molycorp's vertical integration strategy.  It is

home to one of the world's largest and richest deposits of rare earths.  Molycorp acquired the

Mountain Pass facility in 2008, at which time the mining operations were in care and

maintenance and the processing operations were in limited production, based on existing

feedstocks.  In 2012, Molycorp also acquired Neo Material Technologies Inc. (now known as

Molycorp Minerals Canada ULC) to permit Molycorp to execute on its vertical integration

strategy and permit it to become a leading global producer, processor and developer of rare

earths and rare metals.

6.      Molycorp has been cash flow negative in recent years as it made significant capital expenditures to modernize and expand its production capabilities at the Mountain Pass facility. Rare earth pricing has trended negative in recent years due to a variety of factors, including the impact of Chinese competition. Delays in the Mountain Pass ramp-up and these pricing trends caused Molycorp to experience liquidity pressures from time to time, most recently beginning in mid-2014. While a September 2014 financing with affiliates of and funds managed by Oaktree Capital Management L.P. ("Oaktree") gave Molycorp additional liquidity to continue its ramp-up, Molycorp concluded that it would need a more fulsome restructuring of its liabilities.

7.      Molycorp thus began engaging with its various creditor constituencies in early 2015. As described in more detail in the First Day Declaration, those discussions led to the Debtors entering into a restructuring support agreement (the "Restructuring Support Agreement") just prior to the Petition Date with an ad hoc group of holders of the Debtors' 10% Senior Secured Notes (the "Supporting 10% Noteholders"). The Restructuring Support Agreement contemplates pursuit of a plan of reorganization that provides liquidity to the Molycorp businesses and substantially de-levers Molycorp's balance sheet. In addition, the Debtors have negotiated the terms of a $225 million debtor in possession financing facility that will be provided by certain of the Debtors' 10% Senior Secured Noteholders (potentially including certain parties that are not part of the Supporting 10% Noteholder group) (the "DIP Lenders") and which is convertible, subject to conditions, into an exit facility under the proposed plan. This financing facility provides the Debtors with a significant funding source that can be utilized

while the Debtors seek to pursue a plan of reorganization that implements the terms of the Restructuring Support Agreement.

8.       The Debtors believe that the commencement of these chapter 11 cases and implementation of the Restructuring Support Agreement will allow Molycorp to address its long-term liquidity and balance sheet concerns and emerge from chapter 11 as part of a restructured Molycorp.

**Legal Basis for Relief Requested**

9.       The Debtors request that this Court:  (i) allow the joint administration of the Debtors' chapter 11 cases; and (ii) direct parties in interest to use a consolidated caption, indicating that any pleading they file relates to the jointly administered bankruptcy cases of "Molycorp, Inc., *et al.*"  A proposed consolidated caption for all notices, applications, motions and other pleadings (the "Proposed Caption") is annexed as Exhibit 1 to the proposed order approving this Motion.  The Debtors also request that the Court find that the Proposed Caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code in all respects.

10.      Bankruptcy Rule 1015(b) provides, in relevant part, "[i]f a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Local Rule 1015-1 states that:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon filing of a motion for joint administration … supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

11.      The Debtors, consisting of a parent corporation and twenty direct and indirect subsidiaries, each of which is at least majority-owned, are "affiliates," as that term is

defined in section 101(2) of the Bankruptcy Code.  Accordingly, this Court is authorized to grant

the relief requested.  An order of joint administration relates to the routine administration of a

case and may be entered by the Court in its sole discretion on an ex parte basis.  See Local

Rule 1015-1.

12.     The joint administration of the Debtors' chapter 11 cases will permit the

Clerk of the Court to utilize a single general docket for these cases and combine notices to

creditors of the Debtors' respective estates and other parties in interest.  Joint administration of

the Debtors' cases will have a number of benefits, including elimination of the need for

duplicative notices, applications and orders, thereby allowing the Debtors to avoid the time and

expense that otherwise would be required to separately administer 21 individual cases.  The

rights of creditors will not be affected adversely because this Motion requests only

administrative, and not substantive, consolidation of the Debtors' estates.  In fact, creditors will

benefit from the reduced costs that will result from the joint administration of these cases. The

Court also will be relieved of the burden of entering duplicative orders and maintaining

redundant files in dozens of cases.

13.     Pursuant to section 342(c)(1) of the Bankruptcy Code, "[i]f notice is

required to be given by the debtor to a creditor . . . such notice shall contain the name, address,

and last 4 digits of the taxpayer identification number of the debtor."  The Proposed Caption

contains all of the required information and, therefore, satisfies the terms of section 342(c) of the

Bankruptcy Code.

14.     The Debtors further request that a docket entry be made on the docket in

the chapter 11 cases of Molycorp, Inc.; Industrial Minerals, LLC; Magnequench, Inc.;

Magnequench International, Inc.; Magnequench Limited; Molycorp Advanced Water

Technologies, LLC; MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited

Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc.; Molycorp

Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc.; Molycorp Minerals Canada

ULC; Molycorp Minerals, LLC; Molycorp Rare Metals Holdings, Inc.; Molycorp Rare Metals

(Utah), Inc.; Neo International Corp.; PP IV Mountain Pass Inc.; PP IV Mountain Pass II, Inc.;

and RCF IV Speedwagon Inc. substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Molycorp, Inc.; Industrial Minerals, LLC; Magnequench, Inc.;
> Magnequench International, Inc.; Magnequench Limited;
> Molycorp Advanced Water Technologies, LLC; MCP Callco ULC;
> MCP Canada Holdings ULC; MCP Canada Limited Partnership;
> MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc.;
> Molycorp Luxembourg Holdings S.à. r.l.; Molycorp Metals &
> Alloys, Inc.; Molycorp Minerals Canada ULC; Molycorp Minerals,
> LLC; Molycorp Rare Metals Holdings, Inc.; Molycorp Rare Metals
> (Utah), Inc.; Neo International Corp.; PP IV Mountain Pass Inc.;
> PP IV Mountain Pass II, Inc.; and RCF IV Speedwagon Inc.  The
> docket of Molycorp, Inc., Case No. 15- 11357    (____), should be
> consulted for all matters affecting this case.

## Notice

15.    Notice of this Motion has been given to:  (i) the Office of the United

States Trustee; (ii) the Debtors' 40 largest unsecured creditors on a consolidated basis, as

identified in their chapter 11 petitions; (iii) counsel to Oaktree; (iv) counsel to the Supporting

10% Noteholders; (v) counsel to Wilmington Trust, National Association, as agent to the DIP

Lenders; (vi) Paul Weiss, as counsel to a group of secured and unsecured noteholders;

(vii) counsel to the indenture trustees for the Debtors' secured and unsecured notes; and (viii) all

parties entitled to notice pursuant to Local Rule 9013-1(m).  In light of the nature of the relief

requested, the Debtors submit that no further notice is necessary.


[The remainder of this page is intentionally blank]

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit A:  (i) granting the relief sought herein; and (ii) granting to the Debtors such other and further relief as the Court may deem proper.

Dated:  June 25, 2015          Respectfully submitted,
        Wilmington, Delaware

                              /s/ Edmon L. Morton
                              M. Blake Cleary (No. 3614)
                              Edmon L. Morton (No. 3856)
                              Justin H. Rucki (No. 5304)
                              Ashley E. Jacobs (No. 5635)
                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                              1000 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimiles: (302) 571-1253

                                  -and-

                              Paul D. Leake
                              Lisa Laukitis
                              JONES DAY
                              222 East 41st Street
                              New York, New York 10017
                              Telephone:  (212) 326-3939
                              Facsimile:  (212) 755-7306

                              Ryan T. Routh
                              JONES DAY
                              North Point
                              901 Lakeside Avenue
                              Cleveland, Ohio  44114
                              Telephone:  (216) 586-3939
                              Facsimile:  (216) 579-0212


                              PROPOSED ATTORNEYS FOR DEBTORS

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                     :
In re                                :
                                     :
Molycorp, Inc.,                      :   Chapter 11
a Delaware corporation,              :
                                     :   Case No. 15- 11357 (____)
        Debtor.                      :
                                     :
Employer's Tax Identification No.: 27-2301797 :
                                     :
                                     :
-----------------------------------------------------------x
                                     :
In re                                :
                                     :
Industrial Minerals, LLC,            :   Chapter 11
a Delaware limited liability company, :
                                     :   Case No. 15- 11358 (____)
        Debtor.                      :
                                     :
Employer's Tax Identification No.: N/A :
                                     :
                                     :
-----------------------------------------------------------x
                                     :
In re                                :
                                     :
Magnequench, Inc.,                   :
a Delaware corporation,              :   Chapter 11
                                     :
        Debtor.                      :   Case No. 15- 11359 (____)
                                     :
Employer's Tax Identification No.: 35-2081833 :
                                     :
```

```
------------------------------------------------x
                                                :
In re                                           :
                                                :
Magnequench International, Inc.,                 :    Chapter 11
a Delaware corporation,                          :
                                                :    Case No. 15- 11360 (____)
             Debtor.                             :
                                                :
Employer's Tax Identification No.: 13-3837801    :
                                                :
------------------------------------------------x
                                                :
                                                :
In re                                           :
                                                :
Magnequench Limited,                             :
a Barbados company,                              :    Chapter 11
                                                :
             Debtor.                             :    Case No. 15-11361  (____)
                                                :
Employer's Tax Identification No.: N/A           :
                                                :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
Molycorp Advanced Water Technologies, LLC,      :    Chapter 11
a Delaware limited liability company,           :
                                                :    Case No. 15- 11362 (____)
             Debtor.                             :
                                                :
Employer's Tax Identification No.: 46-1571628    :
                                                :
------------------------------------------------x
                                                :
In re                                           :
                                                :
MCP Callco ULC,                                  :    Chapter 11
a Canadian unlimited liability company,          :
                                                :    Case No. 15- 11363 (____)
             Debtor.                             :
                                                :
Employer's Tax Identification No.: N/A           :
                                                :
```

```
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
MCP Canada Holdings ULC,                              :    Chapter 11
a Canadian unlimited liability company,               :
                                                      :    Case No. 15- 11364  (_____)
            Debtor.                                   :
                                                      :
Employer's Tax Identification No.: N/A                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
MCP Canada Limited Partnership,                       :    Chapter 11
a Canadian limited liability partnership,             :
                                                      :    Case No. 15- 11365  (_____)
            Debtor.                                   :
                                                      :
Employer's Tax Identification No.: N/A                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
MCP Exchangeco Inc.,                                  :    Chapter 11
a Canadian corporation,                               :
                                                      :    Case No. 15- 11366  (_____)
            Debtor.                                   :
                                                      :
Employer's Tax Identification No.: N/A                :
                                                      :
------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
Molycorp Chemicals & Oxides, Inc.,                    :    Chapter 11
a Delaware corporation,                               :
                                                      :    Case No. 15- 11367  (_____)
            Debtor.                                   :
                                                      :
Employer's Tax Identification No.: 94-3168647         :
                                                      :
```

```
--------------------------------------------------------x
                                          :
In re                                     :     Chapter 11
                                          :
Molycorp Luxembourg Holdings S.à r.l.,    :     Case No. 15- 11368  (_____)
a Luxembourg société à responsabilité limitée, :
                                          :
          Debtor.                         :
                                          :
Employer's Tax Identification No.: N/A    :
--------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Metals & Alloys, Inc.,           :     Chapter 11
a Delaware corporation,                   :
                                          :     Case No. 15- 11369  (_____)
          Debtor.                         :
                                          :
Employer's Tax Identification No.: 36-4289242 :
                                          :
                                          :
--------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Minerals Canada ULC,             :     Chapter 11
a Canadian unlimited liability company,   :
                                          :     Case No. 15- 11370  (_____)
          Debtor.                         :
                                          :
Employer's Tax Identification No.: N/A     :
                                          :
--------------------------------------------------------x
                                          :
In re                                     :
                                          :
Molycorp Minerals, LLC,                   :     Chapter 11
a Delaware limited liability company,     :
                                          :     Case No. 15- 11371  (_____)
          Debtor.                         :
                                          :
Employer's Tax Identification No.: 26-2814170 :
                                          :
```

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
Molycorp Rare Metals Holdings, Inc.,                       :    Chapter 11
a Delaware corporation,                                    :
                                                           :    Case No. 15- 11372 (____)
            Debtor.                                        :
                                                           :
                                                           :
Employer's Tax Identification No.: 80-0134615             :
-----------------------------------------------------------x
                                                           :
                                                           :
In re                                                      :
                                                           :
                                                           :
Molycorp Rare Metals (Utah), Inc.,                        :    Chapter 11
a Utah corporation,                                        :
                                                           :    Case No. 15- 11373 (____)
            Debtor.                                        :
                                                           :
                                                           :
Employer's Tax Identification No.: 87-0457445             :
                                                           :
                                                           :
-----------------------------------------------------------x
In re                                                      :
                                                           :
                                                           :
Neo International Corp.,                                   :
a Barbados company,                                        :
                                                           :    Chapter 11
            Debtor.                                        :
                                                           :    Case No. 15- 11374 (____)
Employer's Tax Identification No.: N/A                     :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
                                                           :
PP IV Mountain Pass Inc.,                                  :
a Delaware corporation,                                    :    Chapter 11
                                                           :
            Debtor.                                        :    Case No. 15- 11375 (____)
                                                           :
                                                           :
Employer's Tax Identification No.: 26-3021205             :
                                                           :
```

```
------------------------------------------------------------x
                                            :
In re                                       :
                                            :
PP IV Mountain Pass II, Inc.,               :    Chapter 11
a Delaware corporation,                     :
                                            :    Case No. 15- 11376 (____)
            Debtor.                         :
                                            :
Employer's Tax Identification No.:  27-2275361 :
                                            :
------------------------------------------------------------x
                                            :
In re                                       :
                                            :
RCF IV Speedwagon Inc.,                     :    Chapter 11
a Delaware corporation,                     :
                                            :    Case No. 15- 11377 (____)
            Debtor.                         :
                                            :
Employer's Tax Identification No.: 26-2810845 :
------------------------------------------------------------ x
```

## ORDER AUTHORIZING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of the Debtors for an Order

Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the

above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and

the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334 the Amended Standing Order of Reference from

the United States District Court for the District of Delaware dated as of February 29, 2012,

(ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core

proceeding pursuant to 28 U.S.C. § 157(b) and (iv)  relief under Motion is appropriate under the

---

[1]        Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

circumstances and authorized by Local Rule 1015-1; and after due deliberation the Court having

determined that the relief requested in the Motion is in the best interests of the Debtors, their

estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The above-captioned chapter 11 cases shall be consolidated for procedural

purposes only and shall be administered jointly.  The Clerk of the Court shall maintain one file

and one docket for all of these jointly administered cases, which file and docket for each

respective chapter 11 case shall be the file and docket for Molycorp, Inc. (the "Parent Case"),

Case No. 15- 11357    (    ).

3.      Parties in interest are directed to use the Proposed Caption annexed hereto

as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors

indicating that the pleading relates to the jointly administered chapter 11 cases of

"Molycorp, Inc., *et al.*"  The consolidated caption satisfies the requirements of section 342(c) of

the Bankruptcy Code in all respects.

4.      A docket entry shall be made on the docket in each of the above-captioned

cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Molycorp, Inc.; Industrial Minerals, LLC; Magnequench, Inc.;
> Magnequench International, Inc.; Magnequench Limited;
> Molycorp Advanced Water Technologies, LLC; MCP Callco ULC;
> MCP Canada Holdings ULC; MCP Canada Limited Partnership;
> MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc.;
> Molycorp Luxembourg Holdings S.à. r.l.; Molycorp Metals &
> Alloys, Inc.; Molycorp Minerals Canada ULC; Molycorp Minerals,
> LLC; Molycorp Rare Metals Holdings, Inc.; Molycorp Rare Metals
> (Utah), Inc.; Neo International Corp.; PP IV Mountain Pass Inc.;
> PP IV Mountain Pass II, Inc.; and RCF IV Speedwagon Inc.  The

docket of Molycorp, Inc., Case No. 15-__11357__ (____), should be consulted for all matters affecting this case.

5.      Nothing contained in this Order shall be deemed or construed as directing

or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

6.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and/or interpretation of this Order.


Dated: _____, 2015
        Wilmington, Delaware                    _____
                                                 UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

Proposed Caption

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
----------------------------------------------------------x
                                    :
In re                               :   Chapter 11
                                    :
MOLYCORP, INC., et al.,[1]          :   Case No. 15- 11357  (____)
                                    :
          Debtors.                  :   (Jointly Administered)
                                    :
----------------------------------------------------------x
```

---

[1]     The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845).  Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000; Greenwood Village, Colorado 80111.