**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOLYCORP, INC., *et al.*, | Case No. 15-11357 (CSS) |
| Debtors. | (Joint Administration Pending) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ALAN W. KORNBERG

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Alan W. Kornberg, Esquire of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent the Ad Hoc Committee of Crossover Noteholders in the above-captioned chapter 11 cases.

Dated: June 25, 2015                    COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Alan W. Kornberg*
Alan W. Kornberg
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.