UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11
                                                                :
MOLYCORP, INC., et al.,[1]                                      : Case No. 15-11357 (CSS)
                                                                :
Debtors.                                                        : (Jointly Administered)
                                                                :
---------------------------------------------------------------x Ref Docket No. 5

### ORDER GRANTING MOTION OF THE DEBTORS FOR AN ORDER (I) EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE THEIR (A) SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND (B) RULE 2015.3 FINANCIAL REPORTS AND (II) WAIVING THE REQUIREMENT TO FILE THE LIST OF EQUITY SECURITY HOLDERS

This matter coming before the Court on the Motion of the Debtors for an Order (I) Extending the Time Within Which the Debtors Must File Their (A) Schedules and Statements of Financial Affairs and (B) Rule 2015.3 Reports and (II) Waiving the Requirement to File the List of Equity Security Holders (the "Motion"),[2] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that

---

[1] The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

01:17303045.2

NAI-1500406992v1

(i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The time within which the Debtors must file their schedules of assets, liabilities and executory contracts and unexpired leases and Rule 2015.3 Reports is extended through and including August 24, 2015, without prejudice to the Debtors' right to seek further extensions of such periods upon a showing of cause therefore.

3. ~~The requirement that Molycorp, Inc. file a list of equity security holders is waived.~~

4. The Debtors may provide notice of the commencement of these cases to equity security holders through notices to be provided pursuant to the Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates, and need not serve equity security holders with the separate notice of case commencement.

5.   This Court shall retain jurisdiction with respect to all maters arising from or related to the implementation and/or interpretation of this Order.

Dated: June 26, 2015
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE