**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re                                              :    Chapter 11
:
MOLYCORP, INC., *et al.*,[1]                       :    Case No. 15-11357 (CSS)
:
Debtors.                                :    (Jointly Administered)
:
:    **Ref. Docket Nos. 14, 18 & 90**
---------------------------------------------------------- x

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that, on June 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of the Debtors for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code: (I) Authorizing Debtors to Obtain Superpriority Secured Debtor in Possession Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Approving the Backstop Commitment Letter; (IV) Approving Procedures for the Solicitation of Secured Noteholders to Participate in Debtor in Possession Financing; (V) Granting Adequate Protection to Prepetition Secured Parties; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief** [Docket No. 18] (the "DIP Motion"); and the **Motion of the Debtors for an Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms; (II) Permitting Certain Inter-Debtor Transactions, Intercompany Transactions and Setoffs and (III) Granting Related Relief** [Docket No. 14] (the "Cash Management Motion" and, collectively with the DIP Motion, the "Motions"). You previously have been served a copy of the Motions.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions was held on June 26, 2015 (the "First Day Hearing").

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Court's rulings and remarks on the record at the First Day Hearing, a further hearing with respect to potential debtor-in-possession financing is scheduled for **July 1, 2015 at 10:00 a.m. (ET)** (the "July 1 Hearing") before the Honorable Christopher S. Sontchi, in the United States Bankruptcy Court

---

[1] The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, consistent with paragraph 9 of the *Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Permitting Certain Inter-Debtor Transactions, Intercompany Transactions and Setoff and (III) Granting Related Relief* (the "Interim Cash Management Order") [Docket No. 90], a further hearing with respect to the items set forth in paragraph 9 therein shall also be held at the July 1 Hearing.

Dated: June 26, 2015
      Wilmington, Delaware

*/s/ Edmon L. Morton*
M. Blake Cleary (No. 3614)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
Ashley E. Jacobs (No. 5635)
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Paul D. Leake
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306


Ryan T. Routh
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

PROPOSED ATTORNEYS FOR DEBTORS