**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re : Chapter 11
 :
MOLYCORP, INC., *et al.*,[1] : Case No. 15-11357 (CSS)
 :
 Debtors. : (Joint Administration Pending)
 :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Steven Gordon depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Second Amended Notice of Agenda of Matters Scheduled for First Day Hearing on June 26, 2015 at 11:00 A.M. (ET) [Docket No. 51]

[*Remainder of Page Intentionally Left Blank*]

---

[1]  The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

Dated: June 29, 2015

Steven Gordon

State of New York  
County of New York

Subscribed and sworn to (or affirmed) before me on June 29, 2015, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE  
NOTARY PUBLIC-STATE OF NEW YORK  
No. 02ST6290268  
Qualified In New York County  
My Commission Expires October 07, 2017

SRF 3172

**Exhibit A**

SRF 3172

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 40 Creditor | Alpha Explosives | | dunderhill@alphaexplosives.com | Email |
| Counsel for Wilmington Savings Fund Society, FSB, as Indenture Trustee to (i) the 6.00% Convertible Notes due 2017 and (ii) the 5.50% Convertible Notes due 2018 | Andrews Kurth LLP | (212) 850-2929 | jonathanlevine@andrewskurth.com brianclarke@andrewskurth.com | Fax and Email |
| Top 40 Creditor | Blue Line Corporation | | briggs@bluelinecorp.com | Email |
| Top 40 Creditor | Brand Energy & Infrastructure | | andrea.miller@beis.com Curtis.mcdonald@beis.com | Email |
| Top 40 Creditor | Brenntag Pacific, Inc. | | pmendoza@brenntag.com | Email |
| Top 40 Creditor | CH2M Hill Engineers, Inc. | | Bruce.johnson@ch2mhill.com | Email |
| Top 40 Creditor | Core-Rosion Products | | doug@core-rosion.com | Email |
| Counsel to Wilmington Trust, National Association, as agent to the DIP Lenders | Covington & Burling LLP | (212) 841-1010 | rhewitt@cov.com | Fax and Email |
| Counsel to the Ad Hoc Committee of Crossover Noteholders (the "Crossover Noteholder Committee") | Cozen O'Connor | 302-295-2013 | mfelger@cozen.com | Fax and Email |
| Top 40 Creditor | CR Meyer and Sons Co. | | alabar@crmeyer.com | Email |
| Top 40 Creditor | EDF Trading North America, LLC | | Kelly.yang@edftrading.com | Email |
| Top 40 Creditor | Evoqua Water Technologies LLC | | Kevin.jean@evoqua.com | Email |
| Top 40 Creditor | GoodFellow Corp. | | bgubler@goodfellowcrushers.com | Email |
| Top 40 Creditor | Goodspeed Distributing Inc. | | molycorp@goodspeednet.com | Email |
| Top 40 Creditor | Goodwest Linings & Coatings, Inc. | | psears@goodwestlining.com | Email |
| Top 40 Creditor | Instrument & Value Services Co. | | Norine.quick@emerson.com | Email |
| Top 40 Creditor | Jacobs Engineering Group, Inc. | | herbert.west@jacobs.com | Email |
| Counsel to Debtors | Jones Day | 312-782-8585 | jtiller@jonesday.com | Fax and Email |
| Counsel to Debtors | Jones Day | 212-755-7306 | pdleake@jonesday.com llaukitis@jonesday.com | Fax and Email |
| Counsel to Debtors | Jones Day | 216-579-0212 | rrouth@jonesday.com | Fax and Email |
| Top 40 Creditor | Komatsu Equipment Co. | | kennethn@komatsueq.com | Email |
| Counsel to Certain Holders of the Molycorp, Inc. 10% Senior Secured Notes (the "Senior Noteholders") | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | tmayer@kramerlevin.com ghorowitz@kramerlevin.com jbrody@kramerlevin.com | Fax and Email |
| Top 40 Creditor | Lignotech USA Inc. | | customer@ltus.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wilmington Trust, National Association | Loizides, P.A. | 302-654-0728 | loizides@loizides.com | Fax and Email |
| Counsel to Oaktree | Milbank, Tweed, Hadley & McCoy LLP | 212-822-5770 | ddunne@milbank.com<br>bkinney@milbank.com<br>skhalil@milbank.com<br>ldoyle@milbank.com | Fax and Email |
| Counsel to Administrative Agent and First Priority Collateral Agent under Molycorp, Inc. Credit Agreement and Magnequench Credit Agreement | Milbank, Tweed, Hadley & McCoy LLP | 213-892-4777 | ereimer@milbank.com | Fax and Email |
| Debtors | Molycorp, Inc. | 303-843-8082 | kevin.johnson@molycorp.com | Fax and Email |
| Top 40 Creditor | Moody's Investor Service, Inc. | | anna.zubets-anderson@moodys.com | Email |
| Top 40 Creditor | MP Environmental Services | | fisk747@frontiernet.net<br>gblankenship@mpenviro.com<br>richardt@mpenviro.com | Email |
| Top 40 Creditor | National Filter Media | | mrydalch@nfm-filter.com | Email |
| Top 40 Creditor | NNR Global Logistics USA Inc. | | calzada@nnrusa.com | Email |
| Administrative Agent and First Priority Collateral Agent under Molycorp, Inc. Credit Agreement and Magnequench Credit Agreement | OCM MLYCo CTB Ltd | | bhinchman@oaktreecapital.com | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | 302-573-6497 | mark.kenney@usdoj.gov | Fax and Email |
| Counsel to Certain Holders of the Molycorp, Inc. 10% Senior Secured Notes (the "Senior Noteholders") | Pachulski Stang Ziehl & Jones LLP | 302-652-4400 | ljones@pszjlaw.com<br>jo'neill@pszlaw.com<br>crobinson@pszjlaw.com | Fax and Email |
| Counsel to the Ad Hoc Committee of Crossover Noteholders (the "Crossover Noteholder Committee") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | | akornberg@paulweiss.com<br>jsaferstein@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcairns@paulweiss.com<br>kzeituni@paulweiss.com | Email |
| Claims Agent | Prime Clerk LLC | 212-257-5452 | bsteele@primeclerk.com | Fax and Email |
| Top 40 Creditor | Pronto Constructors | | gyoungs@pronto1.com | Email |
| Top 40 Creditor | RAM Enterprise Inc. | 775-738-4261 | customerservice@ram-enterprise.com | Fax and Email |

In re Molycorp, Inc., et al.
Case No. 15-11357

Page 2 of 3

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Bank, National Association | Reed Smith LLP | 412-288-3063 | eschaffer@reedsmith.com lsizemore@reedsmith.com | Fax and Email |
| Counsel to Wells Fargo Bank, National Association | Reed Smith LLP | 302-778-7575 | kgwynne@reedsmith.com | Fax and Email |
| Top 40 Creditor | Rosemount Inc. | | steve.meloche@emerson.com | Email |
| Top 40 Creditor | SNF Holding Company | | kirkt@snfhc.com | Email |
| Top 40 Creditor | Standard & Poor's | | Michael.Silverberg@standardandpoors.com | Email |
| Top 40 Creditor | The Penta Building Group, LP | | tdishon@pentabldggroup.com slobel@pentabldggroup.com | Email |
| Top 40 Creditor | Thermo Systems LLC | | cory.notaro@thermosystems.com | Email |
| Top 40 Creditor | Thrope Plant Services, Inc. | | Keith.wilson@thorpepme.com | Email |
| Top 40 Creditor | TIC – The Industrial Company | | wes.dearmore@ticus.com Greg.bullock@ticus.com | Email |
| Top 40 Creditor | Total Western, Inc. | | Bret.druesne@twimail.com | Email |
| Top 40 Creditor | Tronox Alkali Wyoming Corporation | | Lance.adelsberger@tronox.com | Email |
| Top 40 Creditor | Weir Slurry Group, Inc. | | Raedawn.lawrence@weirminerals.com | Email |
| Trustee for each of the 2016, 2017 and 2018 Convertible Notes; Top 40 Creditor | Wells Fargo, National Association | | john.brinker@veolia.com | Email |
| Trustee to Senior Secured 10% Notes | Wells Fargo, National Association | 312-726-2158 | gregory.s.clarke@wellsfargo.com | Fax and Email |
| Counsel for Wilmington Savings Fund, as indenture trustee for the Debtors' unsecured notes | Wilmington Savings Fund | 302-421-9137 | phealy@wsfsbank.com | Fax and Email |
| Counsel to Debtors | Young Conaway Stargatt & Taylor LLP | 302-571-1253 | emorton@ycst.com | Fax and Email |