# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOLYCORP, INC., *et al.*, | ) Case No. 15-11357 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket No. 1074, 1075 & 1076 |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

Chris Warnick, being duly sworn according to law, deposes and says that he is a paralegal employed by the law firm of Ashby & Geddes, P.A., co-counsel to the Official Committee of Unsecured Creditors in the above captioned cases, and that on January 14, 2016 he caused a true and correct copy of the following document to be served upon the parties on the attached list via first class mail and email.

- **Certification of Counsel Regarding Order Authorizing Committee to Commence And Prosecute Certain Claims and Causes of Action on Behalf of The Debtors Estates Against Oaktree and Debtors Directors and Officers [Docket No. 1074]**
- **Notice of Filing of Proposed Solicitation Order [Docket No. 1075]**
- **Notice of Filing of Proposed Schedule with Respect to Committee Complaint Against Oaktree and Molycorp Directors and Officers [Docket No. 1076]**

_____
Chris Warnick

SWORN TO AND SUBSCRIBED before me this 14th day of January, 2016.

_____
Notary Public

{01078494;v1 }

| | |
|---|---|
| JONES DAY<br>Lisa G. Laukitis<br>Paul Leake<br>222 East 41st Street<br>New York, NY 10017 | YOUNG CONAWAY STARGATT & TAYLOR<br>M. Blake Cleary<br>Ashley E. Jacobs<br>Edmon L. Morton<br>Justin H. Rucki<br>1000 North King Street<br>Wilmington, DE 19801 |
| JONES DAY<br>Robert W. Hamilton<br>325 John H. McConnell Boulevard<br>Suite 600<br>Columbus, OH 43215 | JONES DAY<br>Ryan T. Routh<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 |
| JONES DAY<br>Joseph T. Tiller<br>77 West Wacker<br>Chicago, IL 60601-1692 | OFFICE OF THE UNITED STATES TRUSTEE<br>David L. Buchbinder<br>Linda J Casey<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801 |
| MILBANK TWEED HADLEY & McCOY LLP<br>Dennis F. Dunne<br>Samuel A. Khalil<br>Lauren C. Doyle<br>28 Liberty Street<br>New York, NY 10005 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Roberty J. Dehney<br>Gregory W. Werkheiser<br>Andrew R. Remming<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Thomas Moers Mayer<br>Gregory A. Horowitz<br>Joshua K. Brody<br>1177 Avenue of the Americas<br>New York, NY 10036 | PACHULSKI STANG ZIEHL & JONES<br>Laura Davis Jones<br>James E. O'Neill<br>Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| REED SMITH LLP<br>Eric A. Schaffer<br>Luke A. Sizemore<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222 | REED SMITH LLP<br>Kurt F. Gwynne<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 |
| MILBANK TWEED HADLEY & McCLOY LLP<br>Andrew M. Leblanc<br>1850 K Street, NW, Suite 1100<br>Washington, DC 20006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>Alan W. Kornberg<br>Jeffrey D. Saferstein<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |

COZEN O'CONNOR
Mark E. Felger
1201 N. Market Street, Suite 1001
Wilmington, DE 19801