UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

--------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
MOLYCORP, INC., *et al.*,[1]                                  :    Case No. 15-11357 (CSS)
                                                              :
           Debtors.                                           :    (Jointly Administered)
                                                              :
                                                              :    Ref. Docket No. 716
--------------------------------------------------------------x

### ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

This matter coming before the Court on the Debtors' Motion for an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (the "Motion"),[2] filed by the debtors in the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing, if any, before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of this Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at any Hearing establish just cause for the relief granted herein;

---

[1] The Debtors are the following 21 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Industrial Minerals, LLC; Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; Molycorp Advanced Water Technologies, LLC (1628); MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Minerals, LLC (4170); Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.; PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado, 80111.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period and Exclusive Solicitation Period are extended, pursuant to section 1121(d) of the Bankruptcy Code, through and including the date that this Court makes a determination regarding confirmation of the Debtors' Second Amended Joint Plan of Reorganization (as it may be amended, modified or supplemented, the "Plan") at or after the Confirmation Hearing (as such term is defined in the Plan), with any further extension or termination of the Exclusive Periods to be resolved by this Court as soon as reasonably practicable after the determination regarding confirmation of the Plan.

3. Notwithstanding anything herein, upon a deletion of the Alternative Plan Treatment Provisions (as such term is defined in the Bidding Procedures, attached as Exhibit 1 to the Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Certain Bidder Incentives in Connection With the Debtors' Entry Into a Stalking Horse Agreement, If Any and (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Bidding Procedures") in the Plan, this Court shall, upon no more than five (5) business days' notice by the Committee and/or the Ad Hoc Noteholder Group, but subject to this Court's availability, hear the Termination Motions (as defined in the Bidding Procedures and as they may have been amended). The burden of proof at the hearing on such motion(s) shall be borne equally by the parties seeking to terminate exclusivity and the parties opposing such motion(s).

4. The relief granted in this Order is without prejudice to the Debtors' rights to seek further extensions of the Exclusive Filing Period and the Exclusive Solicitation Period.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
January 14, 2016

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

NAI-1500769561v1