IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOLYCORP, INC., et al.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 15-11357 (CSS)<br><br>Jointly Administered<br><br>Re: D.I. 600, 602, 685, 707, 788-90, 933-37 |

**ORDER APPROVING STIPULATION GRANTING KERN RIVER GAS
TRANSMISSION COMPANY RELIEF FROM THE AUTOMATIC STAY
AND RESOLVING CLAIMS BETWEEN THE DEBTORS
AND KERN RIVER GAS TRANSMISSION COMPANY**

Upon consideration of the *Stipulation Granting Kern River Gas Transmission Company Relief from the Automatic Stay and Resolving Claims Between the Debtors and Kern River Gas Transmission Company*, a copy of which is attached hereto as **Exhibit A** (the "Stipulation"), entered into by Kern River Gas Transmission Company ("Kern River") and the above-captioned debtors and debtors-in-possession (the "Parties");

IT IS HEREBY ORDERED THAT:

1.  The Stipulation is approved and is entered as an order of this Court.

2.  The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3.  U.S. Bank N.A. is hereby authorized to release the Escrow Account Balance (as defined in the Stipulation) to Kern River.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

RLF1 14096469v.2

5. The 14-day stay otherwise applicable under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Dated: March 22, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 14096469v.2